1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 93-CR-0190-DMS |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF |
| v. | ) | DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| IGNACIA PENALOZA-ALCANTAR, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case shall be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: _11-23-15_ .

HONORABLE DANA M. SABRAW
United States District Judge